**UNITED STATES of America, Plaintiff-Appellee,**

**v.**

**Elizabeth Laurie LAPLANTE ANGOUS, Defendant-Appellant.**

**No. 06-30549.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 8, 2009.

Helen J. Brunner, Esq., Susan M. Harrison, Esq., USSE-Office of the U.S. Attorney, Seattle, WA, for Plaintiff-Appellee.

Suzanne Lee Elliott, Esq., Law Offices of Suzanne Lee Elliott, Seattle, WA, for Defendant-Appellant.

Before: GOODWIN, TROTT, and RYMER, Circuit Judges.

MEMORANDUM **

Elizabeth Laurie LaPlante Angous appeals from the 95-month sentence imposed following her guilty-plea conviction for bank fraud, wire fraud, fraud and related activity in connection with access devices, misuse of another person's Social Security number, and aggravated identity theft. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

Angous's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED.** Appellant's pro se letter, received on November 20, 2008, renewing her request for appointment of new counsel, is ordered filed, and the request is denied. The district court's judgment is **AFFIRMED.**